# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MAHONEY, parent of B.M., a minor; and KATE MAHONEY, a parent of B.M., a minor,<br><br>　　　　　　　　　　　　Plaintiffs,<br>　vs.<br>CARLSBAD UNIFIED SCHOOL DISTRICT,<br><br>　　　　　　　　　　　　Defendant. | **CASE NO. 09-CV-00526-H (NLS)**<br><br>**ORDER GRANTING JOINT MOTION TO LODGE THE ADMINISTRATIVE RECORD** |

On August 11, 2009, Plaintiffs John Mahoney and Kate Mahoney and Defendant Carlsbad Unified School District filed a joint motion to allow Defendant Carlsbad Unified School District, rather than Plaintiffs, to lodge the administrative record in this matter as Defendant has prepared the administrative record. (Doc. No. 15.) The Court, for good cause shown, grants the parties' joint motion and permits Defendant to lodge the administrative record on or before August 31, 2009.

**IT IS SO ORDERED.**

DATED: August 14, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT